In the Interest of M.T.M.W., A Minor.

Wilbert LONG, Petitioner–Respondent,

v.

G.B., Defendant–Appellant.

No. 53712.

Missouri Court of Appeals,
Eastern District,
Division One.

May 31, 1988.

Rehearing Denied July 6, 1988.

John R. Bird, Jeff Childress, St. Louis, for defendant-appellant.

Donna L. Head, St. Louis, for petitioner-respondent.

### ORDER

PER CURIAM.

Natural mother appeals after the termination of her parental rights to her daughter. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).